IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLYDE BROWN,

    Petitioner,                     No. CIV S-09-2449 KJM P

    vs.

THE PEOPLE OF THE STATE OF CALIFORNIA, et al.,

    Respondents.              ORDER

        Petitioner is an inmate who has consented to the jurisdiction of the undersigned. He has filed a request for writ of mandate under California Code of Civil Procedure Section 1085.  Such a filing is not cognizable in this court, which is a federal court of limited jurisdiction. Therefore, this action is dismissed.  Petitioner is advised that, generally speaking, there are two actions he can commence as a prisoner that pertain to issues concerning his incarceration.  The first is an action under 42 U.S.C. § 1983 for violation of civil rights.  Petitioner may be able to bring a §1983 action if his claim concerns conditions of confinement (e.g., healthcare, denial of access to basic human necessities, exposure to substantial risk of serious harm).  He may be able to file a petition under 28 U.S.C. § 2254 if he has a claim challenging the fact that he is incarcerated or the length of his sentence.

DATED:  February 22, 2010.

U.S. MAGISTRATE JUDGE

1 brow2449.109